IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| TUMEY L.L.P., et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 21-00113-CV-W-BP |
| | ) |
| MYCROFT AI INC., et al., | ) |
| | ) |
| Defendants. | ) |

## AMENDED JUDGMENT IN A CIVIL CASE

**  X   Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**  X   Decision by Court.**  This action came before the Court.  The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Counts IV, IX, and X dismissed pursuant to Order dated October 14, 2021.

Summary Judgment granted to Defendants on Count VIII pursuant to Order dated September 9, 2022.

Counts II, III and V withdrawn by Plaintiffs during trial.

Judgment for Defendants on Counts I, VI, and VII pursuant to jury verdicts returned on December 1, 2022.

Pursuant to Order filed on January 27, 2023, Defendants are awarded $14,965.92 in costs.

| | |
|---|---|
| January 27, 2023 | Paige Wymore-Wynn |
| Date | Clerk of Court |
| | |
| | /s/ Shauna Murphy-Carr |
| | (by) Deputy Clerk |